DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

FILED '11 MAR 01 16:34 USDC-ORE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

Terina Neal

        Plaintiff,

vs.

Commissioner of Social Security
        Defendant.

Civil No. 09-cv-1260-HO

ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES AND
COSTS

### ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, as discussed in Astrue v. Ratliff, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $4,745.19 and expenses of $20.71 and costs of $365.62, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 1st day of March, 2011.

_____
Michael R. Hogan
Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223